**Robbie WADE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 96989.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 28, 2012.

Maleaner Ryna Harvey, Assistant Public Defender, St. Louis, MO, for Appellant.

John M. Reeves, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J. and ANGELA T. QUIGLESS, J.

### *ORDER*

PER CURIAM.

Robbie Wade appeals from a judgment in the Circuit Court of St. Louis County denying his Rule 24.035 motion for post-conviction relief following an evidentiary hearing.

In his sole point on appeal, Movant alleges that the motion court clearly erred in denying his post-conviction motion because his trial counsel was ineffective for failing to investigate to determine whether Movant had a viable good cause defense to the charged offenses and for advising Movant to plead guilty when there was a good cause defense available. We find no error and affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment of the motion court pursuant to Rule 84.16(b).